# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF <br> THE IRREVOCABLE SPECIAL <br> NEEDS TRUST <br> FOR PAMELA A. SCHERER | Miscellaneous: 1:17-mc-00032 <br><br> Judge: Timothy S. Black |

## ORDER ESTABLISHING A SPECIAL NEEDS TRUST FOR THE BENEFIT OF PAMELA A. SCHERER

For good cause shown, the Motion Seeking The Court To Establish A Special Needs Trust For The Benefit Of Pamela A. Scherer is granted. It is hereby Ordered that:

1. The Pamela A. Scherer Irrevocable Special Needs Trust be established by this Court Order and a copy of this Order be attached to said trust.

2. The law firm of Santen & Hughes shall cause to be distributed through the Defendant the $68,437.24 less all attorney fees, liens, debts, and costs in proceeds to which Pamela A. Scherer is entitled to the Pamela A. Scherer Irrevocable Special Needs Trust.

3. The Pamela A. Scherer Irrevocable Special Needs Trust will fully comply with the requirements of 42 U.S.C. § 1396p to protect the interests of Pamela A. Scherer and the State and eligibility of Pamela A. Scherer for Medicaid and Social Security Supplemental Income and any amendments thereto.

**IT IS SO ORDERED.**

Date: 12/28/17

Timothy S. Black
United States District Judge

1